In the Matter of HOUSTON THEATRE CORP., Respondent, against BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK et al., Appellants. — Order unanimously affirmed. No opinion. Present — Peck, P. J., Cohn, Breitel and Bastow, JJ.

LILLIAN K. TORMEY, Appellant, v. GEORGE G. TORMEY, Respondent. — Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Cohn, Breitel and Bastow, JJ.

NATIONAL BRICK CORPORATION, Respondent, v. RAPID CONTRACTING CORP., Defendant; WILAKA CONSTRUCTION CO. INC. et al., Respondents, and FRANKLIN NATIONAL BANK, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Cohn, Breitel and Bastow, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. AMIR CHEKAVIAN, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Cohn, Breitel and Bastow, JJ.

In the Matter of the Accounting of BANK OF NEW YORK (Formerly BANK OF NEW YORK AND TRUST COMPANY), as Trustee under the Will of META R. SEDGWICK, Deceased, Respondent. THOMAS W. CHRYSTIE et al., as Executors of HENRY R. SEDGWICK, Deceased, et al., Appellants; ST. LUKE'S HOSPITAL et al., Respondents.— Decree unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Cohn, Breitel and Bastow, JJ.

WILLY POGANY, Appellant, v. WHITTAKER CHAMBERS et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Cohn, Breitel and Bastow, JJ. [206 Misc. 933.] [See post, p. 934.]

In the Matter of S. & W. REALTY COMPANY, Respondent, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Appellants. [3421–39 Boston Road, Borough of The Bronx.] — Order unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Present — Peck, P. J., Cohn, Breitel and Bastow, JJ.

ADDANIRDA MILLER et al., by Their Guardian ad Litem, JUAN MILLER, et al., Appellants, v. EUSTAQUO GARCIA, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Cohn, Breitel and Bastow, JJ.